**Order filed March 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00010-CV

_____

**WENDY SCHREIBER, Appellant**

**V.**

**STATE FARM LLOYDS, Appellee**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2012-03419**

---

## ORDER

The record in this appeal was due on or before January 21, 2014, but it has not been filed. On January 22, 2014, the court issued a notice that the record was past due. On January 29, 2014, appellant notified this court that payment had been made for preparation of the reporter's record. On February 12, 2014, the Harris County District Clerk advised this court that appellant had not paid for preparation of the clerk's record. On February 12, 2014, the court notified appellant that the appeal was subject to dismissal unless appellant provided proof of payment for the

clerk's record by February 27, 2014. *See* Tex. R. App. P. 37.3(b). No response was filed. Accordingly, we issue the following order.

Appellant is ordered to pay for preparation of the clerk's record and provide this court with proof of payment for the record on or before **March 17, 2014.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM